UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 05-50158-PCY5
                                          CHAPTER 13
KEVIN C. BROWN
EARA F. BROWN

　　　　　　Debtor(s)　　　　　　/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

　　1.　The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

　　2.　The Trustee has placed a Stop Payment Order with the bank on the check(s).

　　3.　The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386876 in the amount of 25.97 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
KEVIN C. BROWN                 CHEVRON CREDIT BANK, N.A.
EARA F. BROWN                  2001 DIAMOND BLVD
4218 KELSON AVE.               P.O. BOX 5010 SECT 230
MARIANNA, FL  32446            CONCORD, CA 94524-0010

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
2/26/2010  1:57 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```